United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMAP U.S.A CORP.,<br><br>Defendant.<br><br>SAMAP USA CORP.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ESSEQUATRO USA, INC., and FIRST REPUBLIC BANK,<br><br>Third-Party Defendants | Case No. 17-cv-07021-JSW<br><br>**ORDER TO SHOW CAUSE** |

This case was scheduled for an initial case management conference on July 13, 2018. When the Court originally set the case management conference, it ordered that "the parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 10, Order Setting Case Management Conference at 1:22-24.) Although the case management conference has been continued several times, the Court has never excused lead counsel from appearing.

Lead counsel for Third-Party Defendant Essaquatro USA, Inc., Edward Gartenberg, and lead counsel for Third-Party Defendant First Republic Bank, Batya F. Forsyth, failed to appear at

the case management conference.

Accordingly, Mr. Gartenberg and Ms. Forsyth are HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 on each of them based on their failure to comply with the Court's Order requiring lead counsel to appear at the case management conference.

Mr. Gartenberg's and Ms. Forsyth's responses to this Order to Show Cause are due by no later than July 20, 2018.

**IT IS SO ORDERED**.

Dated: July 13, 2018

_____
JEFFREY S. WHITE
United States District Judge